IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MARIE S. DAVIS,** )<br>)<br>   Plaintiff, )<br>) | **CIVIL ACTION NO.** |
| v. )<br>) | **1:10cv120-MHT** |
| )<br>**DSI SECURITY SERVICES,** )<br>**INC.,** )<br>) | **(WO)** |
| Defendant. ) | |

### JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 15), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs, including attorney's fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of June, 2010.

                      /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE